# ELECTRONIC RECORD

COA # 12-14-00255-CR          OFFENSE: 19.02

STYLE: Dennis Montrell Bendy v. The
       State of Texas          COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 241st District Court

DATE: 7/22/2015          Publish: NO   TC CASE #:   241-1575-13

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Dennis Montrell Bendy v. The State
       of Texas                          CCA #: **1040-15**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:      _____

_____REFUSED_____                        JUDGE:     _____

DATE: __11/18/2015__                     SIGNED: _____     PC: _____

JUDGE: __Per Curiam__                    PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**